IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RONALD GONZALEZ,**

    **Plaintiff,**

    **v.**                                                                                    **Case No. 03-2616-JWL**

**METRO TILE CONTRACTORS, INC.,**

    **Defendant.**

_____

**MEMORANDUM AND ORDER**

This matter comes before the court on Plaintiff's Motion to Enforce Settlement and for Sanctions (doc. #19). On April 23, 2007, the court issued a Memorandum and Order directing plaintiff to show cause why this motion should not be denied for lack of subject matter jurisdiction. In plaintiff's response to the court's order to show cause, plaintiff states that after reviewing the authorities cited by the court in its Memorandum and Order, "plaintiff is deferring to the court's judgment regarding its jurisdiction." For the reasons stated in the court's Memorandum and Order, then, the court concludes that it lacks subject matter jurisdiction over plaintiff's motion.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion to Enforce Settlement and for Sanctions (doc. #19) is dismissed for lack of jurisdiction.

**IT IS SO ORDERED** this 14th day of May, 2007.

                                                  s/ John W. Lungstrum
                                                  John W. Lungstrum
                                                  United States District Judge